SARAH H. DULA and another *v.* ZEPHANIAH YOUNG and C. W. CLARK, Adm'r., &c.

(*Dula* v. *Young,* 70 N. C. Rep. 450, affirmed.

PETITION to re-hear this case, which was decided in this Court at January Term, 1874.

The case is fully reported in 70 N. C. Rep., 450.

READE, J. The learned argument of the counsel for the petitioner failed to satisfy us that we had mistaken any important fact, or misapplied any principle of law or equity. We must therefore adhere to our decision, and for the reasons stated in the opinion of our learned brother, Justice Settle.

There will be judgment against the petitioner for cost.

PER CURIAM.                              Judgment accordingly.